# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2022

*The Court of Appeals hereby passes the following order*

## A22D0404. COLUMBUS WATER WORKS v. RICHARD DUNN, DIRECTOR, GEORGIA ENVIRONMENTAL PROTECTION DIVISION et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

SU2021CV002023



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, June 16, 2022.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*